**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000617
01-MAR-2012
10:28 AM**

NO. CAAP-11-0000617

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Claim of GORDON P. MARTINS,
Claimant-Appellant-Appellee,
v.
DWIGHT TAKAMINE, DIRECTOR DEPARTMENT
OF LABOR AND INDUSTRIAL RELATIONS; STATE OF HAWAI'I,
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
Appellee-Appellant,
and
ALEXANDER & BALDWIN, INC. dba HC&S (2009-042),
Employer-Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0597(3))

ORDER GRANTING THE STIPULATION FOR
DISMISSAL OF APPEAL FILED ON FEBRUARY 27, 2012
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of

Appeal signed by Appellee-Appellant Dwight Takamine, Director of

the Department of Labor and Industrial Relations and Claimant-

Appellant/Appellee Gordon P. Martins, the papers in support, and

the records and files herein, it appears that: (1) on August 17, 2011, Appellee-Appellant filed a notice of appeal; (2) Appellee-Appellant and Claimant-Appellee Martins are now stipulating to dismiss Appellant's appeal with the parties to bear their own appellate costs and fees; and (3) according to footnote 2 of the stipulation and the record on appeal, Employer-Appellant Alexander & Baldwin did not enter an appearance in the circuit court proceeding or this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss Appellee-Appellant's appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, March 1, 2012.

Presiding Judge

Associate Judge

Associate Judge